GARRISON H. DAVIDSON, Bar No. 157426
gdavidson@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL CONCRETE CUTTING, INC., doing business as UNIVERSAL ENGINEERING, a California corporation; PASQUALE COLARUOTOLO, an individual; FRANK COLARUOTOLO, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 12-00971 GAF(PJWx) <br><br> FINAL JUDGMENT <br><br><br> Before the Honorable Gary A. Feess <br><br><br> DATE: August 27, 2012 <br> TIME: 9:30 a.m. <br> CTRM: 740 |

It appearing that defendant, UNIVERSAL CONCRETE CUTTING, INC., doing business as UNIVERSAL ENGINEERING, a California corporation, ("CORPORATION"), having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE

CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST UNIVERSAL CONCRETE CUTTING, INC., doing business as UNIVERSAL ENGINEERING, a California corporation:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $45,723.86 |
| 2. | Liquidated damages | 13,934.10 |
| 3. | Audit Fees | 92.25 |
| 4. | Interest from due date to August 27, 2012 (accruing at $8.77 per day) | 5,050.45 |
| 5. | Attorneys' fees pursuant to L.R. 55-3 | 3,993.31 |
| | GRAND TOTAL | $68,793.97 |

////

////

////

////

////

6.  Plus costs to be determined after entry of judgment.

7.  Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 17% per annum.

DATED: 9/14/12                    _____
                                  HONORABLE GARY A. FEESS
                                  UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By:   /S/ Garrison H. Davidson
      GARRISON H. DAVIDSON
      Attorney for Plaintiffs

3