1  GARRISON H. DAVIDSON, Bar No. 157426
   gdavidson@deconsel.com
2  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
3  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
4  Telephone: 213/488-4100
   Telecopier: 213/488-4180
5

6  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
7  FOR THE CARPENTERS SOUTHWEST TRUSTS

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION
11

12
    CARPENTERS SOUTHWEST           )  CASE NO. CV 12-00971
13  ADMINISTRATIVE CORPORATION, a  )        GAF(PJWx)
    California non-profit corporation; and )
14  BOARD OF TRUSTEES FOR THE      )
    CARPENTERS SOUTHWEST TRUSTS,   )
15                                 )
                    Plaintiffs,    )  FINAL JUDGMENT
16                                 )
    v.                             )
17                                 )
    UNIVERSAL CONCRETE CUTTING,    )
18  INC., doing business as UNIVERSAL  )  Before the Honorable
    ENGINEERING, a California corporation; )  Gary A. Feess
19  PASQUALE COLARUOTOLO, an       )
    individual; FRANK COLARUOTOLO, )
20  an individual; and DOES 1 through 10, )
    inclusive,                     )  DATE: August 27, 2012
21                                 )  TIME: 9:30 a.m.
                    Defendants.    )  CTRM: 740
22  _____)

23

24      It appearing that defendant, UNIVERSAL CONCRETE CUTTING, INC.,

25  doing business as UNIVERSAL ENGINEERING, a California corporation,

26  ("CORPORATION"), having been regularly served with process, having failed to

27  plead or otherwise defend this action and their default having been entered; on

28  application of the CARPENTERS SOUTHWEST ADMINISTRATIVE

CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST UNIVERSAL CONCRETE CUTTING, INC., doing business as UNIVERSAL ENGINEERING, a California corporation:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $45,723.86 |
| 2. | Liquidated damages | 13,934.10 |
| 3. | Audit Fees | 92.25 |
| 4. | Interest from due date to August 27, 2012 (accruing at $8.77 per day) | 5,050.45 |
| 5. | Attorneys' fees pursuant to L.R. 55-3 | 3,993.31 |
| | GRAND TOTAL | $68,793.97 |

////

////

////

////

////

2

6.     Plus costs to be determined after entry of judgment.

7.     Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 17% per annum.

DATED: 9/14/12      _____
                            HONORABLE GARY A. FEESS
                            UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By:    /S/ Garrison H. Davidson
       GARRISON H. DAVIDSON
       Attorney for Plaintiffs

3